35444.   WALKER *v.* SOUTHEASTERN BAG & CRATE COMPANY.

Decided February 9, 1955—Rehearing denied February 25, 1955.

516

518

*James L. Mayson,* for plaintiff in error.

GARDNER, P. J.  This case is brought by direct bill of exceptions to this court under the provisions of the Fair Labor Standards Act.

Under all the pleadings and all the evidence in this case, which we have set out substantially hereinbefore, the judgment and

verdict for the defendant were demanded, and the trial court did not err in so directing the verdict.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*